| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **SDPBC Acquisition LP** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  **Pemcor Packaging**<br>DBA  **San Diego Paper Box** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-1837996** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**5234 Cushman Place, Suite 100**<br>**San Diego, CA 92110**<br>Number, Street, City, State & ZIP Code<br><br>**San Diego**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Paseo Reforma**<br>**8950 Interior E2, La Mesa Vista Park**<br>**Tijuana Mexico**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.pemcorpackaging.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **SDPBC Acquisition LP**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　**3231**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

---

Official Form 201　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　page 2

Debtor  **SDPBC Acquisition LP**                                                                         Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **SDPBC Acquisition LP**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **SDPBC Acquisition LP**     Case number (*if known*)
     Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 5, 2023**
               MM / DD / YYYY

**X /s/ Paul E. Mayer**                                                                  **Paul E. Mayer**
Signature of authorized representative of debtor                        Printed name

Title  **Manager of SDPBC Holdings LLC, General Partner of Debtor**

**18. Signature of attorney**

**X /s/ Kit James Gardner**                                                         Date **October 5, 2023**
Signature of attorney for debtor                                                          MM / DD / YYYY

**Kit James Gardner 161736**
Printed name

**Law Offices of Kit J. Gardner**
Firm name

**501 W. Broadway, Suite 800**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone  **619-525-9900**     Email address  **kgardner@gardnerlegal.com**

**161736 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **SDPBC Acquisition LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Applied Products Inc.<br>8670 3rd Avenue<br>Sacramento, CA 95826 | | Trade debt | | | | $10,823.89 |
| Badger Paperboard California<br>PO Box 160<br>Fredonia, WI 53021 | | Trade debt | | | | $92,956.66 |
| Banc of America Leasing & Capital<br>2600 W. Big Beaver Rd.<br>Troy, MI 48084 | | Equipment financing | | | | $297,380.60 |
| Case Paper<br>499 E. Tioga Street<br>Philadelphia, PA 19134 | | Trade debt | | | | $22,000.00 |
| Chase Cardmember Svcs.<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | | Credit card | | | | $5,187.55 |
| Ernest Packaging Solutions<br>1345 Sycamore Ave.<br>Vista, CA 92081 | | Trade debt | | | | $11,680.27 |
| Express Service Transport<br>2498 Roll Dr. #422<br>San Diego, CA 92154 | | Trade debt | | | | $25,045.11 |
| Kinyo Virginia Inc.<br>PO Box 791530<br>Baltimore, MD 21279-1530 | | Trade debt | | | | $5,607.96 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor  **SDPBC Acquisition LP**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KL&P International**<br>26944 St. Andrews Ln.<br>Valley Center, CA 92082 | | **Trade debt** | | | | $643,219.86 |
| **Komori America Corp.**<br>5520 Meadowbrook Ct.<br>Rolling Meadows, IL 60008 | | **Trade debt** | | | | $5,391.87 |
| **Oracle America Inc.**<br>15612 Collection Center Dr.<br>Chicago, IL 60693 | | **Trade debt** | | | | $11,450.16 |
| **Prime Converting Corp.**<br>9121 Pittsburgh Ave.<br>Rancho Cucamonga, CA 91730 | | **Trade debt** | | | | $139,714.24 |
| **Reynolds Graphic Arts Corp.**<br>1365 N. Johnson Ave.<br>Suite 107<br>El Cajon, CA 92020 | | **Trade debt** | | | | $65,323.54 |
| **Roosevelt Paper Co.**<br>PO Box 826038<br>Philadelphia, PA 19182-6308 | | **Trade debt** | | | | $63,408.88 |
| **RTS Packaging LLC**<br>PO Box 102484<br>Atlanta, GA 30368-2484 | | **Trade debt** | | | | $20,794.76 |
| **Senior Paper Corp.**<br>PO Box 325<br>Placentia, CA 92871-0325 | | **Trade debt** | | | | $199,085.40 |
| **Service Container Co.**<br>PO Box 844969<br>Los Angeles, CA 90084-4969 | | **Trade debt** | | | | $41,504.63 |
| **Tecma Group of Companies**<br>2000 Wyoming Ave.<br>El Paso, TX 79903 | | **Rent and trade debt** | | | | $389,788.43 |

Debtor **SDPBC Acquisition LP**　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ULINE**<br>**PO Box 88741**<br>**Chicago, IL**<br>**60680-1741** | | **Trade debt** | | | | **$4,172.20** |
| **Wells Fargo Bank**<br>**PO Box 77101**<br>**Minneapolis, MN**<br>**55480-7101** | | **Equipment financing** | | | | **$32,248.31** |

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Kit James Gardner 161736**
**501 W. Broadway, Suite 800**
**San Diego, CA 92101**
**619-525-9900**
**161736 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**SDPBC Acquisition LP**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■  New petition filed.  Creditor diskette required.          TOTAL NO. OF CREDITORS: **49**

☐  Conversion filed on _____. *See instructions on reverse side.*
   ☐  Former Chapter 13 converting.  Creditor diskette required.     TOTAL NO. OF CREDITORS: _____
   ☐  Post-petition creditors added.  Scannable matrix required.
   ☐  There are no post-petition creditors. No matrix required.

☐  Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
   ☐  Names and addresses are being ADDED.
   ☐  Names and addresses are being DELETED.
   ☐  Names and addresses are being CORRECTED.

PART II (check one):

■  The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐  The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:   **October  5, 2023**               /s/ Paul E. Mayer
                                           **Paul E. Mayer**/**Manager of SDPBC Holdings LLC, General Partner of Debtor**
                                           Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
**CSD 1008**

`CSD 1008 (Page 2)` [08/21/00]

# INSTRUCTIONS

1) Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2) A creditors matrix with Verification is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be originally typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) Scannable matrix format required.

   b) The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

1498502 Alberta Ltd.
5704 148 Street
Edmonton - Alberta
CANADA T6H 4TB

2N1 Tech Solutions Inc.
865 Norse Lane
Escondido, CA 92025

Actega Elstar Inc.
26537 Network Pl.
Chicago, IL 60673-1265

Adriana Dorantes
3227 Katharine Drive
Escondido, CA 92027

Advanced Die Supplies
10717 Norwalk Blvd.
Santa Fe Springs, CA 90670

Angel Sanchez Gutierrez
654 E. San Ysidro Blvd.
PMB Apt. 584
San Ysidro, CA 92173

Applied Products Inc.
8670 3rd Avenue
Sacramento, CA 95826

Badger Paperboard California
PO Box 160
Fredonia, WI 53021

Banc of America
Leasing & Capital
2600 W. Big Beaver Rd.
Troy, MI 48084

```
Bryn Mawr Funding
PO Box 692
Bryn Mawr, PA 19010



California Trailers Solutions
2498 Roll Drive #422
San Diego, CA 92154



Case Paper
499 E. Tioga Street
Philadelphia, PA 19134



Chase Cardmember Svcs.
PO Box 6294
Carol Stream, IL 60197-6294



Creative Coatings
4553 Misson Gorge Place
San Diego, CA 92120



DeLage Landen Fin. Svcs. Inc.
1111 Old Eagle School Rd.
Wayne, PA 19087



Engs Commercial Finance Co.
PO Box 128
Itasca, IL 60143-0128



Ernest Packaging Solutions
1345 Sycamore Ave.
Vista, CA 92081



Express Service Transport
2498 Roll Dr. #422
San Diego, CA 92154
```

John D. Alessio
Procopio Cory
525 B Street #2200
San Diego, CA 92101


Kinyo Virginia Inc.
PO Box 791530
Baltimore, MD 21279-1530


KL&P International
26944 St. Andrews Ln.
Valley Center, CA 92082


Komori America Corp.
5520 Meadowbrook Ct.
Rolling Meadows, IL 60008


Laura Arnold
721 Melrose Place
San Diego, CA 92114


Liberty Capital Group
45 Carey Ave., Ste 200
Butler, NJ 07405


Michael McLaughlin
1810 Sonterra Ave.
3308
San Antonio, TX 78259


Minuteman Press
12528 Kirkham Ct.
Suite 5
Poway, CA 92064


Naumann-Hobbs Mtl Handling
Dept 710007
PO Box 514670
Los Angeles, CA 90051-4670

Nola Holdings LLC
3615 Evergreet Point Rd.
Medina, WA 98039


Nola Holdings LLC
3615 Evergreen Point Rd.
Medina, WA 98039


Oracle America
2300 Oracle Way
Austin, TX 78741


Oracle America Inc.
15612 Collection Center Dr.
Chicago, IL 60693


Papercutters Inc.
6900 Washington Bl.
Montebello, CA 90640


Patrick Conolly
4 Autumn Oaks Pl.
Austin, TX 78738


Paul Mayer
5234 Cushman Place
Suite 100
San Diego, CA 92111


Paul Mayer
5234 Cushman Place
Suite 100
San Diego, CA 92110


Primary Funding Corp.
PO Box 270830
San Diego, CA 92198

Prime Converting Corp.
9121 Pittsburgh Ave.
Rancho Cucamonga, CA 91730


Reynolds Graphic Arts Corp.
1365 N. Johnson Ave.
Suite 107
El Cajon, CA 92020


Roosevelt Paper Co.
PO Box 826038
Philadelphia, PA 19182-6308


RTS Packaging LLC
PO Box 102484
Atlanta, GA 30368-2484


Senior Paper Corp.
PO Box 325
Placentia, CA 92871-0325


Service Container Co.
PO Box 844969
Los Angeles, CA 90084-4969


TCF National Bank
11100 Wayzata Blvd., Ste 801
Hopkins, MN 55305


Tecma Group of Companies
2000 Wyoming Ave.
El Paso, TX 79903


Thomas Urbanski
4415 Caminito Plomada
San Diego, CA 92117

```
ULINE
PO Box 88741
Chicago, IL 60680-1741


Wells Fargo Bank
800 Walnut St.
F0005-044
Des Moines, IA 50309


Wells Fargo Bank
PO Box 77101
Minneapolis, MN 55480-7101


Wells Fargo Bank
PO Box 77101
F0005-044
Minneapolis, MN 55488
```